# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

MARY E. LORD : 21-11288

## CERTIFICATE OF SERVICE

I, Carol B. McCullough, Esquire, do hereby certify that I did make service of the Debtor's 3rd Amended Plan dated October 21, 2021 to all interested parties on this 21st day of October 2021 by ecf notification, email or by first class mail, postage prepaid.

Kenneth West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Michelle Zagorski
1088 Maple Avenue
Glenside, PA 19038

Pa Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Bridgecrest Credit Company, LLC
Attn: Joshua Kent
P.O. Box 29018
Phoenix, AZ 85038

Portnoff Law Associates, LTD.
Attn: James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406

Department of Treasury
Internal Revenue Service
Attn: Wai Fok
P.O. Box 7346
Philadelphia, PA 19101-7346

Wells Fargo Bank, N.A.
Attn: Karen Sue Branas, VP Loan Doc
1000 Blue Gentian Road
Eagan, MN 55121-7700

_____