IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>MICHELLE I. ZAGORSKI aka Michelle Bonner<br>aka Michelle L. Bonner<br>　　　Debtor | Case No. 21-11638-mdc |
| Wells Fargo Bank, N.A.,<br>　　　Movant | Chapter 13 |
| vs.<br>MICHELLE I. ZAGORSKI aka Michelle Bonner<br>aka Michelle L. Bonner<br>　　　Respondent | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay at the addresses shown below or on the attached list on July 18, 2023.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail

Michelle I. Zagorski
1088 Maple Avenue
Glenside, PA 19038

Service by Electronic Notification

Carol B. Mccullough
65 W. Street Road
Suite A-204
Warminster, PA 18974

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

This is the 18th day of July, 2023.

/s/*Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com