# EXHIBIT A

## Bankruptcy Payment History

**Customer Name:** Zagorski
**Reference No:** ▮▮▮▮▮▮
**Bankruptcy Type:** Chapter 13
**Bankruptcy File Date:** 06/09/21
**Bankruptcy Case:** 21-11638

**Date Prepared:** 06/15/22
**Date Updated:** 06/30/23

**Post-petition Start Date:** 07/01/21
**Monthly Payment Amount:** Variable

**History detailing from:** Filing to Present

### Post-Petition

| Amount Billed | Due Date | Amount Paid | Paid Date | Interest | Principal | Fees | Insurance | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| $752.18 | 07/01/21 | $752.18 | 06/10/21 | $752.18 | | | | $0.00 |
| $752.18 | 08/01/21 | $752.18 | 07/07/21 | $266.97 | $485.21 | | | ($0.00) |
| $752.18 | 09/01/21 | $752.18 | 08/09/21 | $492.68 | $259.50 | | | ($0.00) |
| $752.18 | 10/01/21 | $752.18 | 09/03/21 | $540.12 | $212.06 | | | ($0.00) |
| $752.18 | 11/01/21 | $752.18 | 10/18/21 | $752.18 | | | | ($0.00) |
| $752.18 | 12/01/21 | $752.18 | 11/15/21 | $732.93 | $19.25 | | | ($0.00) |
| $752.18 | 01/01/22 | | | | | | | $752.18 |
| $752.18 | 02/01/22 | $1,504.36 | 01/25/22 | $978.69 | $525.67 | | | ($0.00) |
| $752.18 | 03/01/22 | | | | | | | $752.18 |
| $752.18 | 04/01/22 | $1,504.36 | 03/07/22 | $456.04 | $1,048.32 | | | ($0.00) |
| $752.18 | 05/01/22 | $752.18 | 04/18/22 | $752.18 | | | | ($0.00) |
| $752.18 | 06/01/22 | $752.18 | 05/16/22 | $752.18 | | | | ($0.00) |
| $752.18 | 07/01/22 | $752.18 | 06/22/22 | $466.95 | $285.23 | | | ($0.00) |
| $752.18 | 08/01/22 | $752.18 | 07/25/22 | $499.45 | $252.73 | | | ($0.00) |
| $752.18 | 09/01/22 | $752.18 | 08/05/22 | | $752.18 | | | ($0.00) |
| $752.18 | 10/01/22 | $752.18 | 09/06/22 | $410.59 | $237.92 | $103.67 | | $103.67 |
| $752.18 | 11/01/22 | $752.18 | 10/31/22 | $752.18 | | | | $103.67 |
| $752.18 | 12/01/22 | $752.18 | 11/25/22 | $522.78 | $229.40 | | | $103.67 |
| $752.18 | 01/01/23 | $752.18 | 01/23/23 | $752.18 | | | | $103.67 |
| $752.18 | 02/01/23 | $752.18 | 02/07/23 | $579.14 | $173.04 | | | $103.67 |
| $752.18 | 03/01/23 | $752.18 | 05/01/23 | $752.18 | | | | $103.67 |
| $752.18 | 04/01/23 | | | | | | | $855.85 |
| $752.18 | 05/01/23 | | | | | | | $1,608.03 |
| $752.18 | 06/01/23 | | | | | | | $2,360.21 |
| | | | | | | | | $2,360.21 |
| | | | | | | | | $2,360.21 |
| | | | | | | | | $2,360.21 |
| | | | | | | | | $2,360.21 |
| | | | | | | | | $2,360.21 |
| | | | | | | | | $2,360.21 |
| $18,052.32 | | $15,795.78 | | $11,211.60 | $4,480.51 | $103.67 | $0.00 | $2,360.21 |

**Post Petition Due** $2,360.21
**Pre Arrears Due** $175.59

### Trustee Payments — NDC Claim #0040 — Claim Amount $752.18

| No# | Amount Paid | Paid Date | |
|---|---|---|---|
| 3014192 | $103.67 | 08/24/22 | 30A TTST |
| 3016519 | $118.23 | 10/26/22 | 30A TTST |
| 3017821 | $59.11 | 11/23/22 | 30A TTST |
| 3019052 | $59.12 | 12/22/22 | 30A TTST |
| 3020270 | $59.11 | 01/24/23 | 30A TTST |
| 3022732 | $59.12 | 03/17/23 | TPIT |
| 3023984 | $59.11 | 04/21/23 | TPIT |
| 3025221 | $59.12 | 05/16/23 | TPIT |
| | $576.59 | | $175.59 |

**DAIS invoked 02/22/23**

This payment history is for informational purposes only